IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Application of High Point SARL for an Order to Conduct Discovery for Use in a Foreign Legal Proceeding Pursuant to 28 U.S.C. § 1782 ) ) ) ) ) | Civil Action No. 1:11-cv-1892 |

**APPLICATION OF HIGH POINT SARL PURSUANT TO 28 U.S.C. § 1782**

High Point SARL ("High Point"), a Luxembourg private limited liability company, by its attorneys, respectfully requests that this Court grant its Application Pursuant to 28 USC §1782 seeking discovery from Huawei Technologies Co., Ltd., located in Rolling Meadows, Illinois, for use in foreign proceedings, including those captioned *High Point SARL v. KPN B.V.*, Case No. 352544/Dkt. No. HA ZA 09-3931 and *KPN B.V. v. High Point SARL,* Case No. 340411/Dkt. No. HA ZA 09-2048.

In support hereof, and filed contemporaneously herewith, High Point SARL submits:

1. A Memorandum in Support of this Application together with supporting Exhibits;

2. The Declaration by John J. Allen in Support of the Application of High Point SARL, Pursuant to 28 U.S.C. § 1782;

3. The Local Rule 5.5(d) Declaration of Nicholas T. Peters; and

4. A Proposed Order.

Dated: March 18, 2011                              Respectfully submitted,

                                                  /s/Nicholas T. Peters
Nicholas T. Peters
Christine A. Pompa
FITCH EVEN TABIN & FLANNERY
120 South Lasalle Street, Suite 1600
Chicago, Illinois 60603
T: (312) 577-7000
F: (312) 577-7007
Email: ntpete@fitcheven.com
Email: cpompa@fitcheven.com

Martin J. Black, [*pro hac vice pending*]
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
T: (215) 994-4000
F: (215) 994-2222
Email: martin.black@dechert.com

*Attorneys for Applicant, HIGH POINT SARL*